RECEIVED
06 AUG -1 AM 11:47
U.S. DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

**TO YOUR HONORABLE JUDGE MERRYDAY:**

I'M WRITING THIS LETTER IN REFERENCE TO **CASE NUMBER 99-59-CR-T-23 MSS. AT THE COURT PRCESSING I WAS INSTRUCTED TO PAY 45% OF MY INCOME TAX FOR 2005.** AT THE TIME **MR ALEC HALL AND MR. DEREK SMITH HAD KNOWLEDGE THAT I DIDN'T HAVE THE MONEY.** CAUSE I EXPLANIED IT TO BOTH OF THEM THE ONLY MONEY I HAVE IS THE TAX REFUND I RECEIVED THIS YEAR. AND BEFORE WE LEFT THE COURTROOM I BROUGHT IT TO MR ALEC HALL ATTENTION AGAIN. HE STATED TO ME TRY TO WORK SOMETHING OUT WITH MR. DEREK SMITH. **MR. ALEC HALL INSTRUCTED ME TO TAKE THE TAX REFUND FROM 2005 TO BRING ME OUT OF DELINQUENCIES FOR THE YEARS OF 2004, AND 2005.** I RECEIVED A LETTER APRIL 5, 2006 FROM DEREK SMITH STATING THAT THE MONEY IS DUE IMMEDIATELY. AFTER RECEIVING THE LETTER I CONTACTED MR. SMITH BY PHONE STATING TO HIM THAT I DIDN'T HAVE ALL THE MONEY CAUSE I WAS INSTRUCTED BY MR. ALEC TO USE IT TO BRING ME CURRENT IN MY DELINQUENCIES. BUT I DID TELL HIM THAT I WAS WORKING ON GETTING THE REST OF THE MONEY AND WHEN I GET IT I WILL PUT IT TOWARDS MY RESTITUTION, HE DIDN'T RESPOND. I HAVE BEEN WORKING OVERTIME AT MY JOB TRYING TO GET THE REST OF THE MONEY. I WANT TO PAY THIS MONEY BACK. BUT IT SEEM LIKE HE'S NOT GIVING ME A CHANCE TO. **YOUR HONOR IF I HAD THE MONEY I WOULD HAVE PAID IT. CAUSE I DON'T WON'T TO WASTE TIME OR THE COURT SYSTEM TIME.**

**ANDREW STEPHENS**
**RESPECTFULLY SUBMITTED**

ANDREW STEPHENS 8:99-CR-59-T-23-MSS
10749 GLEN ELLEN DR.
TAMPA, FLORIDA 33624

TAMPA FL 336
23 JUL 06 PM 4 L



JUDGE STEVEN MERRYDAY
801 NORTH FLORIDA AVENUE
TAMPA, FLORIDA 33602

33602+3849