**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**
Plaintiff,

vs. **Case No: 8:99-cr-59-T-23MSS**

**ANDREW J. STEPHENS**
Defendant.

---

**ORDER OF DETENTION AND**
**REPORT ON PRELIMINARY PROBATION REVOCATION HEARING**

THIS CAUSE came on to be heard at the preliminary probation/supervised release revocation hearing. At that hearing the defendant waived preliminary hearing, therefore the Court finds probable cause to charge the defendant in the violation of supervised release. The Government requested that the Defendant be detained.

It is therefore ORDERED:

1) That the defendant shall be held for final revocation proceedings before the District Judge exercising supervision of the defendant;

2) That the clerk of this court shall schedule said hearing at the earliest time available on the Judge's calendar;

3) That both the government and defendant shall exchange all tangible evidence which either side intends to introduce at said hearing and shall exchange a list of witnesses no later than two (2) days prior to the final probation/supervised release revocation hearing.

DONE and ORDERED at Tampa, Florida this 8th day of August, 2006.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:
Counsel of Record
U.S. Probation
Courtroom Deputy/District Judge