UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 8:99-cr-59-T-23MSS

ANDREW J. STEPHENS
_____/

## ORDER

The United States Probation office filed three petitions for revocation of the defendant's supervised release:

| | | |
|---|---|---|
| February 13, 2006 | petition dated 02/06/06 | Doc. 273* |
| July 25, 2006 | petition dated 07/19/06 | Doc. 290 |
| August 15, 2006 | petition dated 08/11/06 | Doc. 299 |

Although the March 16, 2006, hearing was continued, the defendant's conduct necessitated the rescheduling of this matter. At the hearing on August 17, 2006, Assistant Federal Public Defender Allison Guagliardo represented the defendant and Assistant United States Attorney Eduardo Toro-Font represented the United States.

The defendant denies committing the one Grade A violation charged in numbered paragraph one of the August 11, 2006, petition but admits committing the two Grade C violations described in numbered paragraphs two and three of the petition. With the consent of the parties, the court defers to the state court regarding

---

*The defendant having pled guilty to counts one and two of an indictment, the Court imposed a sentence on May 22, 2000, of fifty-seven months of imprisonment as to each count, the terms to run concurrently, and three years of supervised release as to count one and five years of supervised release as to count two, the terms to run concurrently.

adjudication of the Grade A violation. The court adjudges the defendant guilty of the two Grade C violations and of violating the terms of his supervised release. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant's term of supervised release is **REVOKED**. The defendant is sentenced to ten (10) months of imprisonment, followed by fifty (50) months of supervised release with all current conditions remaining in effect.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on _____August 18th_____, 2006.

_____
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

cc: United States Marshal
United States Probation
Counsel of Record